USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X CASE NO.: 05 CV 10169 (DAB)

BENJAMIN CUNNINGHAM,

        PLAINTIFF,

    -against-

TIMOTHY J. O'CALLAGHAN & ETC.,

        DEFENDANTS.
------------------------------------------------------------X

NOTICE OF MOTION BY GARY S. FISH, ESQ., FOR RULE 11 SANCTIONS TO BE IMPOSED AGAINST PLAINTIFF BENJAMIN CUNNINGHAM

JUL 21 2009
U.S.D.C. S.D.N.Y.
CASHIERS

SIR/MADAM:

PLEASE TAKE NOTICE that upon all papers and proceedings heretofore had herein, including the July 20, 2009 Declaration of Gary S. Fish, Esq., Federal Rule of Civil Procedure ("FRCP") Rule 11, Gary S. Fish, Esq., former attorney for plaintiff will move the Court, per The Honorable Deborah Batts, USDJ, Southern District of New York, 500 Pearl Street, Room 2510, NY, NY 10007, for Rule 11 sanctions to be imposed against plaintiff Benjamin Cunningham, whose July 17, 2009 motion to institute disciplinary proceedings against Gary S. Fish, Esq., was made solely to harass counsel, is without merit in fact or in law, which motion lacks even a scintilla of admissible evidence in support thereof, and Rule 11 sanctions, including reasonable attorney fees and costs should be levied by the Court after a Rule 11© Order to Show Cause hearing with respect thereto.

denied DAB 8/4/09

MEMO ENDORSED

DATED: NEW YORK, NEW YORK
       JULY 20, 2009

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS 8/4/09
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Gary A. Fish*
Gary S. Fish, Esq. (GSF 6551)
Former Attorney for Plaintiff, 15 Maiden Lane, Suite 1108
NY, NY 10038; (212) 964-5100

MEMO ENDORSED