**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BENJAMIN CUNNINGHAM,                :

                Plaintiff,                :

           -against-                :          ORDER

U.S. MARSHALS SERVICE, ET AL.,      :          05 Civ. 10169 (DAB)(KNF)

                Defendants.               :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Court has become aware that the plaintiff is unable to participate in the telephonic conference rescheduled previously from September 29, 2009, at 10:30 a.m., to October 6, 2009, at 3:00 p.m. Therefore, IT IS HEREBY ORDERED that the telephonic conference shall be held on October 19, 2009, at 11:00 a.m. The telephonic conference shall be initiated by counsel to the defendants to (212) 805-6705.

Dated: New York, New York
       September 29, 2009

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Benjamin Cunningham
David Vincent Bober, Esq.