UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BENJAMIN CUNNINGHAM,                    :

           Plaintiff,                            :

          -against-                              :                ORDER

U.S. MARSHALS SERVICE, ET AL.,          :         05 Civ. 10169 (DAB)(KNF)

          Defendants.                          :

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/09
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the telephonic conference scheduled previously for March 16, 2010, at 11:00 a.m., will be held on March 15, 2010, at 11:00 a.m. The telephonic conference shall be initiated by counsel to the defendants to (212) 805-6705.

Dated: New York, New York
      October 22, 2009

SO ORDERED:

*/s/ Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Benjamin Cunningham
David Vincent Bober, Esq.